| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | DEANNA L. MARTINEZ |
| | Assistant United States Attorney |
| 3 | United States Courthouse |
| | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721 |
| | Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |
| 6 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-cv-01213-AWI-GSA |
| | ) | |
| Plaintiff, | ) | **APPLICATION AND ORDER FOR** |
| | ) | **PUBLICATION** |
| v. | ) | |
| | ) | |
| APPROXIMATELY $39,558.85 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT #04687-05819, HELD IN THE NAMES OF MANUEL MADUENO SANCHEZ AND AURORA VIZCARRA SANCHEZ, | ) | |
| APPROXIMATELY $14,993.56 IN U.S. CURRENCY SEIZED FROM COMMUNITY TRUST CREDIT UNION ACCOUNT #0014437900, HELD IN THE NAMES OF AURORA VIZCARRA SANCHEZ AND ROSALVA SANCHEZ, | ) | |
| APPROXIMATELY $14,350.29 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT #04689-00646, HELD IN THE NAMES OF MANUEL MADUENO SANCHEZ AND AURORA VIZCARRA SANCHEZ, | ) | |
| APPROXIMATELY $10,002.78 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT #04685-68036, HELD IN THE NAMES OF MANUEL MADUENO SANCHEZ AND AURORA VIZCARRA SANCHEZ, and | ) | |

APPLICATION AND ORDER FOR PUBLICATION        1

| | |
|---|---|
| 1 | APPROXIMATELY $15,593.00 IN U.S. CURRENCY, )
| 2 | )
| 3 | Defendants. ) |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3. The defendants approximately $39,558.85 in U.S. Currency seized from Bank of America account #04687-05819, held in the names of Manuel Madueno Sanchez and Aurora Vizcarra Sanchez; approximately $14,993.56 in U.S. Currency seized from Community Trust Credit Union account #0014437900, held in the names of Aurora Vizcarra Sanchez and Rosalva Sanchez; approximately $14,350.29 in U.S. Currency seized from Bank of America account #04689-00646, held in the names of Manuel Madueno Sanchez and Aurora Vizcarra Sanchez; approximately $10,002.78 in U.S. Currency seized from Bank of America account #04685-68036, held in the names of Manuel Madueno Sanchez and Aurora Vizcarra Sanchez; and approximately $15,593.00 in U.S. Currency (hereafter collectively "defendant funds"); and approximately $15,593.00 in U.S. Currency (hereafter collectively "defendant funds") were seized in the city of Modesto, Stanislaus, California. The Drug Enforcement Administration published notice of the non-judicial forfeiture of the defendant approximately $15,593.00 in U.S. Currency on April 2, 19, and 26, 2010, in the *Wall Street Journal* and the defendants approximately $39,558.85 in U.S. Currency seized from Bank of America account #04687-05819, held in the names of Manuel Madueno Sanchez and Aurora Vizcarra Sanchez; approximately $14,993.56 in U.S. Currency seized from Community Trust Credit Union account #0014437900, held in the names of Aurora Vizcarra Sanchez and Rosalva Sanchez; approximately $14,350.29 in U.S. Currency seized from Bank of America account #04689-00646, held in the names of Manuel Madueno Sanchez and Aurora Vizcarra Sanchez; approximately

$10,002.78 in U.S. Currency seized from Bank of America account #04685-68036, held in the names of Manuel Madueno Sanchez and Aurora Vizcarra Sanchez on April 12, 19, and 26, 2010, in the *Wall Street Journal*.

    4.    Plaintiff proposes that publication be made as follows:

        a.    One publication;

        b.    Thirty (30) consecutive days;

        c.    On the official internet government forfeiture site www.forfeiture.gov;

        d.    The publication is to include the following:

            (1)    The Court and case number of the action;

            (2)    The date of the seizure/posting;

            (3)    The identity and/or description of the property seized/posted;

            (4)    The name and address of the attorney for the Plaintiff;

            (5)    A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

            (6)    A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: July 2, 2010                              BENJAMIN B. WAGNER
                                                United States Attorney

                                            /s/ Deanna L. Martinez
                                            DEANNA L. MARTINEZ
                                            Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   July 23, 2010**                    **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE