1  BENJAMIN B. WAGNER
   United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, ) 1:10-CV-01213-AWI-GSA
   |                           )
12 |         Plaintiff,        ) **STIPULATION TO STAY CASE AND TO**
   |                           ) **VACATE SCHEDULING CONFERENCE;**
13 |         v.                ) **ORDER THEREON**
   |                           )
14 | APPROXIMATELY $39,558.85 IN U.S. )
   | CURRENCY SEIZED FROM BANK OF )
15 | AMERICA ACCOUNT #04687-05819, )
   | HELD IN THE NAMES OF MANUEL )
16 | MADUENO SANCHEZ AND AURORA )
   | VIZCARRA SANCHEZ,         )
17 |                           )
   | APPROXIMATELY $14,993.56 IN U.S. )
18 | CURRENCY SEIZED FROM       )
   | COMMUNITY TRUST CREDIT UNION )
19 | ACCOUNT #0014437900, HELD IN THE )
   | NAMES OF AURORA VIZCARRA )
20 | SANCHEZ AND ROSALVA SANCHEZ, )
   |                           )
21 | APPROXIMATELY $14,350.29 IN U.S. )
   | CURRENCY SEIZED FROM BANK OF )
22 | AMERICA ACCOUNT #04689-00646, )
   | HELD IN THE NAMES OF MANUEL )
23 | MADUENO SANCHEZ AND AURORA )
   | VIZCARRA SANCHEZ,         )
24 |                           )
   | APPROXIMATELY $10,002.78 IN U.S. )
25 | CURRENCY SEIZED FROM BANK OF )
   | AMERICA ACCOUNT #04685-68036, )
26 | HELD IN THE NAMES OF MANUEL )
   | MADUENO SANCHEZ AND AURORA )
27 | VIZCARRA SANCHEZ, and      )

28

STIPULATION TO STAY CASE AND TO VACATE
SCHEDULING CONFERENCE; ORDER THEREON     1

| | |
|---|---|
| APPROXIMATELY $15,593.00 IN U.S. CURRENCY, | ) ) ) |
| Defendants. | ) ) |

IT IS HEREBY STIPULATED by and between Plaintiff, United States of America and Claimant Aurora Vizcarra Sanchez as follows:

1. Manuel Madueno Sanchez is presently facing federal criminal charges in the Eastern District of California, *United States v. Manuel Sanchez, et al.*, 1:10-CR-00065-AWI, allegedly relating to transactions or events which form the basis for this civil forfeiture action.

2. The parties recognize that proceeding with this action has potential adverse affects on the prosecution of the related criminal case and/or upon Manuel Sanchez' right against self-incrimination in the related federal criminal case.

3. Publication of the civil forfeiture action is complete and to date only Aurora Vizcarra Sanchez has filed a claim and answer in this action. No other potential claimants have filed claims, answers, or otherwise appeared in this action.

THEREFORE, the parties to this action stipulate and request as follows:

1. Pursuant to 18 U.S.C. § 981(g), this action be stayed pending the conclusion of the federal criminal action presently pending against Manuel Sanchez in the Eastern District of California;

2. The Scheduling Conference in the civil case scheduled for October 26, 2010, at 9:30 a.m. in Courtroom 10 before Magistrate Judge Gary S. Austin be vacated; and,

3. The parties are to promptly notify the Court when the criminal case resolves.

Dated: September 30, 2010        BENJAMIN B. WAGNER
                                 United States Attorney


                                 /s/ Deanna L. Martinez
                                 DEANNA L. MARTINEZ
                                 Assistant United States Attorney


Dated: September 28, 2010        /s/ Preciliano Martinez
                                 PRECILIANO MARTINEZ
                                 Attorney for Claimant
                                 Aurora Vizcarra Sanchez
                                 (Original signature retained by attorney)

**ORDER**

IT IS SO ORDERED.

Dated: **October 4, 2010**     /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE