BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CV-01213-AWI-GSA |
| Plaintiff, | **FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| APPROXIMATELY $39,558.85 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT #04687-05819, HELD IN THE NAMES OF MANUEL MADUENO SANCHEZ AND AURORA VIZCARRA SANCHEZ, | |
| APPROXIMATELY $14,993.56 IN U.S. CURRENCY SEIZED FROM COMMUNITY TRUST CREDIT UNION ACCOUNT #0014437900, HELD IN THE NAMES OF AURORA VIZCARRA SANCHEZ AND ROSALVA SANCHEZ, | |
| APPROXIMATELY $14,350.29 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT #04689-00646, HELD IN THE NAMES OF MANUEL MADUENO SANCHEZ AND AURORA VIZCARRA SANCHEZ, | |
| APPROXIMATELY $10,002.78 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT #04685-68036, HELD IN THE NAMES OF MANUEL MADUENO SANCHEZ AND | |

1  AURORA VIZCARRA SANCHEZ, and         )
                                        )
2  APPROXIMATELY $15,593.00 IN U.S.     )
   CURRENCY,                            )
3                                       )
              Defendants.
4  _____

5       Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the
6  Court finds:
7       1.    This is a civil forfeiture action against defendants approximately
8  $39,558.85 in U.S. Currency seized from Bank of America Account Number 04687-
9  05819, approximately $14,993.56 in U.S. Currency seized from Community Trust
10 Credit Union Account Number 0014437900, approximately $14,350.29 in U.S.
11 Currency seized from Bank of America Account Number 04689-00646,
12 approximately $10,002.78 in U.S. Currency seized from Bank of America Account
13 Number 04685-68036, and approximately $15,593.00 in U.S. Currency (hereafter
14 collectively "defendant funds").
15      2.    A Verified Complaint for Forfeiture *In Rem* was filed on July 2, 2010,
16 seeking the forfeiture of the defendant funds, alleging said funds are subject to
17 forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6) because
18 the defendant funds constitute moneys or other things of value furnished or
19 intended to be furnished in exchange for a controlled substance or listed chemical,
20 all proceeds traceable to such an exchange and/or was used or intended to be used
21 to facilitate one or more violations of 21 U.S.C. § 841 *et seq.*, or fungible property
22 thereof pursuant to 18 U.S.C. § 984.
23      3.    On July 12, 2010, in accordance with said Complaint, a Warrant for
24 Arrest of Articles *In Rem* for the defendant funds was issued and duly executed.
25      4.    Beginning on July 23, 2010, for at least 30 consecutive days, the
26 United States published notice of this action on the official government forfeiture
27 site www.forfeiture.gov. A Declaration of Publication was filed on September 24,
28 2010.

5. In addition to publication of the forfeiture action, actual notice was personally served upon Claimant Aurora Sanchez, Potential Claimant Manuel Sanchez, and Potential Claimant Rosalva Sanchez.

6. On July 16, 2010, Claimant filed a Verified Claim in this action. To date, no other parties have filed claims or answers in this matter, and the time for which any other person or entity may file a claim and answer has expired.

7. Claimant Aurora Sanchez, Potential Claimant Manuel Sanchez, and Potential Claimant Rosalva Sanchez stated that they are the sole owners of the defendant funds and thereafter stipulated to entry of a Final Judgment of Forfeiture[1].

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against Claimant Aurora Sanchez, Potential Claimant Manuel Sanchez, Potential Claimant Rosalva Sanchez, and all other potential claimants who have not filed claims in this action.

3. Upon entry of a Final Judgment of Forfeiture herein, $55,000.00 of the defendant funds totaling approximately $94,498.48 in U.S. Currency, together with any interest that may have accrued on the full amount of the defendant funds, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. Within 45 days of entry of a Final Judgment of Forfeiture, $39,498.48 of the defendant funds, shall be returned to Claimant Aurora Sanchez via her attorney of record, Mr. Preciliano Martinez, at 801 15th Street, Suite F, Modesto,

---

[1] The complete set of terms stipulated to by Claimant Aurora Sanchez, Potential Claimant Manuel Sanchez and Potential Claimant Rosalva Sanchez, together with the United States, is more fully set forth in detail in the Stipulation for Final Judgment of Forfeiture filed herein.

1  California 95354.

2      5.    That plaintiff United States of America and its servants, agents, and employees, and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant funds. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

    6.    That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on or about July 2, 2010, the Court finds that there was reasonable cause for the seizure and arrest of the defendant funds, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

    7.    All parties shall bear their own costs and attorneys' fees.

    8.    The Court shall maintain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed July 2, 2010, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant funds, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated:   June 26, 2012                              _____
                                                                 CHIEF UNITED STATES DISTRICT JUDGE